No. 88–1337. SOIFER v. BANKERS TRUST CO. ET AL.; and

No. 88–1351. RHOADES ET AL. v. BANKERS TRUST CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–1341. SAN FERNANDO VALLEY NEIGHBORHOOD LEGAL SERVICES, INC., AS COUNSEL FOR DUBOSE, ET AL. v. KEMP, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–1356. CONSTANT v. ADVANCED MICRO-DEVICES, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 88–1390. LOWERY v. LOWERY. Ct. App. Ohio, Sandusky County. Certiorari denied.

No. 88–1405. BROWN v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 88–1410. KONDRAT v. MOYER ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–1413. FITZGERALD v. SULLIVAN, SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied.

No. 88–1422. WOLFSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88–1429. DEVOE v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 88–1442. NALLY ET UX. v. GRACE COMMUNITY CHURCH OF THE VALLEY ET AL. Sup. Ct. Cal. Certiorari denied.

No. 88–1443. BILLHIMER v. MARYLAND ADMINISTRATIVE BOARD OF ELECTION LAWS. Ct. App. Md. Certiorari denied.

No. 88–1487. ROGERS v. FIRST NATIONAL BANK OF PEORIA ET AL. C. A. 7th Cir. Certiorari denied.